# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 31, 2022

Before

DAVID F. HAMILTON, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| No. 21-8037 | IN RE: UMR, INC., Petitioner |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:19-cv-00568-wmc  Western District of Wisconsin  District Judge William M. Conley | |

The following are before the court:

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on December 29, 2021, by counsel for the petitioner.

2. **PLAINTIFFS-RESPONDENT'S RESPONSE TO PETITION FOR PERMISSION TO APPEAL**, filed on January 10, 2022, by counsel for the respondents.

3. **DEFENDNATS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on January 17, 2022, by counsel for the petitioner.

4. **PLAINTIFFS-RESPONDENTS' OPPOSITION TO DEFENDANT-PETITIONER'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF 23(f) PETITION**, filed on January 24, 2022, by counsel for the respondents.

5. **REPLY IN SUPORT OF DEFENDANS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on January 28, 2022, by counsel for the petitioner.

No. 21-8037 Page 2

**IT IS ORDERED** that the motion for leave to file a reply is **GRANTED** to the extent that the court considered the arguments in the reply.

**IT IS FURTHER ORDERED** that the petition for permission to appeal is **DENIED**.

CERTIFIED COPY

A True Copy
Teste:

*[signature]*

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit