IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LUCIANA BERCEANU and JUDY
HERNANDEZ, on behalf of themselves,
their respective beneficiaries, and all
others similarly situated,

      Plaintiffs,

  v.

UMR, INC.,

      Defendant.

Case No.  19-cv-568-wmc

---

## JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered decertifying this case as a class action and dismissing without prejudice the claims of all non-named plaintiffs.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant UMR, Inc. against plaintiffs Luciana Berceanu and Jury Hernandez dismissing this case.

 

| s/ Deputy Clerk | 2/15/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |